UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CR185

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | (Financial Litigation Unit) |
| ) | |
| ) | **ORDER** |
| ) | |
| WAYNE PARKER ) | |

Upon consideration of the United States' motion for an order that funds held by the Federal Bureau of Investigations ("FBI") be applied to restitution in this case,

The motion (Doc. No. 28) is **GRANTED**. **IT IS HEREBY ORDERED** that the FBI shall remit the funds in the amount of $5,651.50, reference numbers 318E-CE-5654008 – 1B11, 1B12, 1B13, 1B14 and 1B15, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, to apply to the restitution imposed by the criminal judgment in this matter.

Signed: April 25, 2022

Max O. Cogburn Jr.
United States District Judge